MELINDA S. RIECHERT, State Bar No. 65504
YIN ZHENG, State Bar No. 268619
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriecert@morganlewis.com
         lzheng@morganlewis.com

Attorneys for Defendant
ARAMARK CORPORATION erroneously sued as
ARAMARK Services, Inc.

*E-FILED 07-11-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SILVERIA,<br><br>              Plaintiff,<br><br>       vs.<br><br>ARAMARK SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. CV 11-01800 HRL<br><br>**DEFENDANT ARAMARK CORPORATION'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**<br><br>[Civ. L.R. 16-10(a)]<br><br>Date:      July 12, 2011<br>Time:      1:30 pm<br>Judge:     Honorable Howard R. Lloyd<br>Courtroom: Courtroom 2, 5th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

ARAMARK'S REQUEST FOR COUNSEL
TO PARTICIPATE IN INITIAL CMC BY
TELEPHONE - CASE NO. CV 11-01800 HRL

DB2/ 22530252.1

1   Pursuant to Civil Local Rule 16-10(a), attorney Yin Zheng, Esq. of Morgan, Lewis &
2   Bockius, LLP, counsel for Defendant ARAMARK Corporation ("ARAMARK") in the above-
3   captioned matter, respectfully requests to participate in the Initial Case Management Conference
4   by telephone. The Initial Case Management Conference in this matter is scheduled for July 12,
5   2011, at 1:30 p.m.

7   Dated: July 7, 2011                                MORGAN, LEWIS & BOCKIUS LLP

9                                                     By   /s/ Melinda S. Riechert
                                                           Melinda S. Riechert
10                                                         Yin Zheng
                                                           Attorneys for Defendant
11                                                         ARAMARK Corporation erroneously sued
                                                           herein as ARAMARK Services, Inc.

13                                    [PROPOSED] ORDER

14   Having considered Defendant ARAMARK Corporation's Request for Counsel to
15   Participate in Initial Case Management Conference by Telephone ("Request"), it is HEREBY
16   ORDERED that the Request is GRANTED.  **Counsel shall initiate the call to the court via CourtCall, 866-582-6878.**
17   IT IS SO ORDERED.

19   DATE: July 11, 2011

                                                      _____
                                                      Howard R. Lloyd
                                                      United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

ARAMARK'S REQUEST FOR COUNSEL
TO PARTICIPATE IN INITIAL CMC BY
TELEPHONE - CASE NO. CV 11-01800 HRL

DB2/ 22530252.1