**\*E-FILED 07-26-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SILVERIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC.; DOES 1 through 50, inclusive,<br><br>        Defendants.| No. C11-01800 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that the parties have reached a settlement. Accordingly, all pretrial and trial dates are vacated.

**On or before September 23, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **October 4, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than September 27, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1  need not file a joint statement in response to this Order.

2  SO ORDERED.

3  Dated: July 26, 2011

4  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1   5:11-cv-01800-HRL Notice has been electronically mailed to:

2   Ismael D. Perez     easy@perezlawoffice.com

3   Melinda S. Riechert     mriechert@morganlewis.com, dsemans@morganlewis.com, lzheng@morganlewis.com, richard.jackson@morganlewis.com

4

5   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.